# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 901
:
ORDER AMENDING RULE 10.5 OF THE : SUPREME COURT RULES DOCKET
PENNSYLVANIA RULES OF ORPHANS' :
COURT PROCEDURE :

## ORDER

**PER CURIAM**

    **AND NOW**, this 12th day of January, 2022, upon the recommendation of the Orphans' Court Procedural Rules Committee; the proposal having been published for public comment at 51 Pa.B. 1651 (March 27, 2021):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 10.5 of the Pennsylvania Rules of Orphans' Court Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. 103(b) and shall be effective on April 1, 2022.

Additions to the rules are shown in bold and are underlined.
Deletions from the rules are shown in bold and brackets.